BELATTI v. PIERCE, Police Justice.

(Opinion filed June 16, 1897.)

On rehearing.   *Certiorari* to review the  proceedings by which plaintiff was convicted of violation of a city  ordinance, and fined.   Plaintiff appealed from a judgment of the circuit court declaring the proceedings regular.   In an opinion of this court reported in 8 S. D. at p. 456, the judgment was reversed.

In this opinion upon the rehearing, the former decision and opinion are adhered to.

*Bennett & Sheldon,* for appellant.

*E. A. Gove,* for respondent.

CORSON, P. J.   This cause was decided at the April, 1896, term of this court, and the opinion is reported in 8  S.  D.  456,  6  N.  W.  1088.  On a petition for a re- hearing,  in  view  of  the  importance  of  the  questions involved,  this court granted a reargument, and  the  same was  argued orally by counsel and on printed briefs at the

October term, 1896, of this court.     After a careful review of the
authorities cited, we are of the opinion that, under the provis-
ions of the constitution of this state, our former decision was
correct, and should be adhered to.     A further discussion of the
questions does not seem to be required, and we therefore, affirm
our former decision and judgment, and they will stand as the
decision and judgment of this court.